UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES – GENERAL

Case No.  CV09-7000-JST (FFMx)            Date:  January 18, 2011
Title: J2F Productions, Inc. v. Jason Sarrow

Present: **Honorable JOSEPHINE STATON TUCKER, UNITED STATES DISTRICT JUDGE**

| Ellen Matheson | N/A |
|---|---|
| Deputy Clerk | Court Reporter |

ATTORNEYS PRESENT FOR PLAINTIFF:    ATTORNEYS PRESENT FOR DEFENDANT:

Not Present                                            Not Present

**PROCEEDINGS:  (IN CHAMBERS)  ORDER TO SHOW CAUSE RE: FINAL PRETRIAL CONFERENCE ORDER**

On September 7, 2010, the Court issued an Order on Jury Trial (Doc. 71), which directed counsel to lodge a Final Pretrial Conference Order in accordance with Local Rule 16-7 no later than eleven (11) calendar days before the Pretrial Conference on January 24, 2011.  (*Id.* at 3.)  Under Local 16-7:

> A Final Pretrial Conference Order shall be prepared by plaintiff's counsel and signed by all counsel.  It is the duty of all counsel to cooperate with plaintiff's counsel in the preparation and submission of the Final Pretrial Conference Order as required by this rule.  Failure of counsel to comply shall subject counsel to the sanctions provided by L.R. 83-7 and 28 U.S.C. § 1927.

C.D. Cal. R. 16-7.  To date, the Court has only received a proposed Pretrial Conference Order from Defendant (Doc. 138), which did not incorporate the Court's ruling on January 12, 2011 (Doc. 125) or include Plaintiff's signature.  Accordingly, the parties are ordered to submit a Final Pretrial Conference Order in accordance with Local Rule 16-7 and the Court's January 12, 2011 ruling by no later than **Thursday, January 20, 2011**.  Pursuant to Local Rule 16-7, if the parties fail to comply with this Order, counsel shall be subject to sanctions provided by Local Rule 83-7 and 28 U.S.C. § 1927.

Initials of Preparer:  enm