JS-6

MICHAEL K. GRACE (SBN 126737)
mgrace@gracelaw.com
PAMELA D. DEITCHLE (SBN 222649)
pdeitchle@gracelaw.com
GRACE+GRACE LLP
444 South Flower Street, Suite 1650
Los Angeles, California 90071
Telephone: (213) 452-1220
Facsimile: (213) 452-1222

Attorneys for Plaintiff and Counter-Defendant
J2F Productions, Inc. and Counter-Defendant
Douglas Jacobson

# UNITED STATES DISTRICT COURT
## FOR THE CENTRAL DISTRICT OF CALIFORNIA
### WESTERN DIVISION

| | |
|---|---|
| J2F PRODUCTIONS, INC., a California corporation, | Case No.: CV 09-7000 JST (FFMx) |
| Plaintiff, | **STIPULATION RE: ENTRY OF JUDGMENT AND ORDER GRANTING PERMANENT INJUNCTIVE RELIEF AND JUDGMENT** |
| v. | |
| JASON SARROW, an individual, and DOES 1-10, inclusive, | |
| Defendants. | |
| AND RELATED COUNTERCLAIMS. | |

**STIPULATION RE: ENTRY OF JUDGMENT AND ORDER GRANTING PERMANENT INJUNCTIVE RELIEF AND JUDGMENT**

Plaintiff J2F Productions, Inc. ("J2F"), defendant and counterclaimant Jason Sarrow ("Sarrow"), and counterdefendant Douglas Jacobson ("Jacobson") hereby stipulate to entry of judgment as follows:

### FINDINGS OF FACT

1. J2F brought this action for copyright infringement against Sarrow on September 25, 2009.

2. This Court has subject matter jurisdiction and personal jurisdiction over the parties.

3. J2F is the owner of United States Copyright Registrations PAu 3-409-193 and PA 1-655-092 (the "J2F Registrations") for the motion picture entitled "Faire: An American Renaissance" (the "Film").

4. On November 29, 2010, Sarrow filed a Fourth Amended Counterclaim for a declaration of copyright invalidity, a declaration of noninfringement, copyright infringement, and an accounting.

5. On December 13, 2010, J2F and Jacobson filed a motion to strike Sarrow's counterclaims for declaratory relief and an accounting and also filed a motion for partial summary judgment on Sarrow's counterclaim for copyright infringement. The Court granted both motions on January 12, 2011.

### CONCLUSIONS OF LAW

1. The J2F Registrations are valid and enforceable.

2. Sarrow has no right, title, or interest in the Film or any footage shot by Jacobson in the making of the Film.

3. Sarrow infringed J2F's copyright to the Film by selling copies without J2F's consent.

4. The Court hereby enters judgment in favor of J2F and Jacobson and against Sarrow.

5. Sarrow shall take nothing, and all of Sarrow's counterclaims against J2F and Jacobson are hereby dismissed with prejudice.

1

**STIPULATION RE: ENTRY OF JUDGMENT AND ORDER GRANTING PERMANENT INJUNCTIVE RELIEF AND JUDGMENT**

6. The Court now permanently enjoins Sarrow, together with his representatives, agents, and all other persons or entities acting in concert with him, from advertising, offering to sell, selling, performing, or displaying the Film or any version thereof. Sarrow shall destroy all copies of the Film in his possession, custody or control and, not later than February 17, 2011, shall execute a certificate under oath verifying to the Court that all have been destroyed.

7. As the prevailing parties, J2F and Jacobson are entitled to seek recovery of their attorneys' fees and costs of suit. J2F and Jacobson shall file a motion for attorneys' fees and cost of suit within 14 days after entry of Judgment. The Judgment shall be amended to reflect the amount of J2F's and Jacobson's award.

8. The Court shall retain jurisdiction over the parties to enforce the terms of this Stipulation, the subject matter of this action, and the settlement agreement for purposes of construing and enforcing the settlement agreement, including remedies for violation of said matters.

IT IS SO ORDERED, ADJUDGED AND DECREED.

DATED: February 9, 2011   _____
JOSEPHINE STATON TUCKER
UNITED STATES DISTRICT JUDGE

STIPULATED AND AGREED:

GRACE+GRACE LLP

/s/ Michael K. Grace
_____
Attorneys for Plaintiff and Counterdefendant
J2F Productions, Inc. and Counterdefendant
Douglas Jacobson

SEDGWICK DETERT MORAN & ARNOLD LLP

/s/ J. Craig Williams
_____
Attorneys for Defendant and Counterclaimant Jason Sarrow

2

**STIPULATION RE: ENTRY OF JUDGMENT AND ORDER GRANTING PERMANENT INJUNCTIVE RELIEF AND JUDGMENT**